# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLABODE T. ARANSIOLA,<br><br>        Petitioner,<br><br>    v.<br><br>WARDEN, FCI VICTORVILLE MEDIUM II,<br><br>        Respondent. | Case No. 2:24-cv-06477-WLH-AJR<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Docket No. 1), all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge (Docket No. 28). The Magistrate Judge received no timely objections. Petitioner did file a "Motion to Submit a Copy of Illegal Final Order of Removal" on January 27, 2025. ("Motion," Docket No. 30). The Motion largely restates arguments made in Petitioner's Opposition to the Motion to Dismiss, which are sufficiently addressed in the Report and Recommendation. (*See generally id.*) Petitioner raises only one new argument: that he was wrongfully charged and wrongfully convicted. (*Id.* at 2). This argument, however, is not relevant to the resolution of the present Petition because the Petition challenges an immigration detainer that prevents Petitioner from being placed in a Residential Reentry Center, not Petitioners' conviction or sentence. (Petition at 3 (reflecting that Petitioner is not challenging the validity of the conviction or sentence);

Report and Recommendation at 2 (discussing Petition)). Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that Respondent's Motion to Dismiss, converted to a Motion for Summary Judgment, is GRANTED.

IT IS FURTHER ORDERED that Judgment be entered DENYING the Petition and dismissing this action WITHOUT PREJUDICE.

DATED: 4/9/2025

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE