JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLABODE T. ARANSIOLA,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, FCI VICTORVILLE MEDIUM II,<br><br>Respondent. | Case No. 2:24-cv-06477-WLH-AJR<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: 4/9/2025

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE